UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

IN RE
Brenda L. Peplinski

Debtor.

Chapter: 13

Case No. 18-26079-gmh

**ORDER PURSUANT TO HEARING UPON NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT AND, IF APPLICABLE, RELIEF FROM CO-DEBTOR STAY**

Pursuant to the motion for relief from the automatic stay and abandonment and, if applicable, relief from co-debtor stay of Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "the movant") with respect to the property located at 919 W Peck St, Whitewater, WI 53190-1723, this matter was heard on January 2, 2019, the movant appearing through its counsel, Gray & Associates, L.L.P., by Christopher C. Drout, and the debtor appearing through Miller & Miller Law, LLC, by Krysta Kerr, and Robert Stack appearing on behalf of the Chapter 13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED: that the motion is denied to the extent it seeks the termination of the automatic stay, but is granted to the limited extent that the automatic stay is modified to give effect to the following terms:

<u>Drafted by:</u>

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

1. That the debtor shall pay the sum of $642.02 to the movant in sufficient time to be received on or before January 10, 2019. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

2. That with the expectation that the payment required by the preceding paragraph will be received in a timely manner, the movant may file a supplemental claim for the post-petition arrearage which exists through the end of December 2018 in the amount of $992.00. The arrearage is itemized as follows:

| | |
|---|---:|
| 10/18 through 11/18<br>2 mortgage payments @ $630.50 | $1,261.00 |
| 12/18 through 12/18<br>1 mortgage payments @ $642.02 | 642.02 |
| Credits / Suspense | (39.00) |
| Attorney Fees and Costs | 1,031.00 |
| Payment received 11/30/2018 | (1,261.00) |
| Payment to be received by 1/10/2019 | (642.02) |
| TOTAL ARREARAGE | $992.00 |

3. That commencing in January 2019 through and including June 2019, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

4. That commencing in July 2019, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

5. That relief from the co-debtor stay pursuant to 11 U.S.C. § 1301(c) shall be effective when the automatic stay no longer applies to the movant and its interest in the property.

6. That abandonment of the trustee's interest in the property pursuant to 11 U.S.C. § 554 shall be effective when the automatic stay no longer applies to the movant and its interest in the property.
7. That pending further notice, the amount of the monthly mortgage payment is $642.02 and payments shall be made to the movant at Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261-9741.

#####